```
1   ORLONZO HEDRINGTON
2   3226 W. SPRUCE STREET                        FILED
3   FRESNO, CA 93711
4   (559)978-1614                               APR 26 2024
5   IN PRO PER
                                        CLERK U.S. DISTRICT COURT
6                                       EASTERN DISTRICT OF CALIFORNIA
                                        BY_____
7                                                DEPUTY CLERK
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON, | Case Number 1:24 CV 00496 HBK |
| PLAINTIFF | COMPLAINT |
| vs. | 1. VIOLATION OF CIVIL RIGHTS 42 U.S.C. 9 1983 (First Amendment) |
| UNITED STATES OF AMERICA, | 2. VIOLATION OF CIVIL RIGHTS 42 U.S.C. 9 1983 Fourteenth Amendment |
| FAIRFIELD POLICE DEPARTMENT, | 3. VIOLAAION OF CIVIL RIGHTS 42 U.S.C. 1983 (Fourth Amendment) |
| COUNTY OF SOLANO | 4. VIOLA1ION OF CIVIL RIGHTS 42 U.S.C. 1983, 1988 (Conspiracy) |
| Defendant(s) | 5. VIOLATION OF CIVlL RIGHTS 42 U.S.C. § 1983 (Municipal Liability- Monell) |

**PLAINTIFF ALLEGES AS FOLLOWS:**

This is a complaint for damages based upon federal civil rights and state constitutional rights violations committed by the Defendants United States of America, Veterans Administration and David Grant Medical Center.

This case is brought pursuant to 42 U.S.C. §§ 1983, 1988 and California state law. Federal jurisdiction is based upon 28 U.S.C. §§ 1331, 1343 (a)(1-4). This Court has supplemental

1  jurisdiction over the state law claims pursuant to 28 U.S.C. §
2  1367(a).
3
4  **JURISDICTION**
5  Plaintiff brings this case pursuant to 42 U.S.C. §§ 1983, 1988
6  and California state law. Jurisdiction is based upon 28 U.S.C. §§
7  1331, 1343 (1-4)" Supplemental jurisdiction exists over the state
8  claims and Defendants pursuant to 28 U.S.C. § 1367.
9
10 **VENUE**
11 The claims alleged herein arose from events or omissions that
12 occurred in the County of Los Angeles. Therefore, venue lies in
13 the Central District of California pursuant to 28 U.S.C. § 1391
14 (b)(2).
15
16 **FACTS COMMON TO ALL CLAIMS FOR RELIEF**
17 Plaintiff brings this civil suit against each of the defendants
18 because he was drugged and rapped at David Grant Medical Center.
19 After Plaintiff filed his first civil suit he discovered that Dr.
20 Atkins failed to follow the proper procedure to remove the tubes
21 from him after surgery.
22      On April 26, 2022 at the deposition hearing Plaintiff
23 discovered that Afosi Montecalvo and FPD Arimonagna both had
24 Plaintiff medical records and did their own investigations and
25 still refused to reopen and investigate the case. Plaintiff is
26 alleging that all defendants conspired to cover up the
27 investigation and cover up the evidence of the defendant being
28 rapped. When Plaintiff tried to continue to tell how he was

rapped defendants from the Fairfield police department would twist Plaintiffs words up and re-word the chain of events the way they wanted to word it. It should be noted that the detective and the agent changed the race of the suspect to cover up the crime. The detective also told Plaintiff he was not going to destroy those boys lives. Afosi Montecalvo had Navy Special agents come to my home interview me and I told the truth about the incident but the report came back that the therapist was black when I told them he was white.

## FIRST CLAIM FOR RELIEF

## VIOLATION OF CIVIL RIGHTS

## (42 U.S.C. § 1983) First Amendment (Free Speech)

### By Plaintiff Against all defendants.

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42 U.S.C. § 1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the First Amendment to the United States Constitution.

The First Amendment guarantees Mr. Hedringtons freedom of speech and expression permitting Mr. Hedrington to, inter alia, freely and lawfully express opinions or ideas. This expression may be accomplished verbally, demonstratively, and/or symbolically. All of the acts complained of herein were retaliatory and directed toward Hedrington because of his statements, including criticism of the defendants conduct. The defendants chilled and deterred such expression by performing and threatening the conduct complained of herein. St Montelcalvo had Sa Garrision Cox work the photo lineup which was fraudulent and total mismatch,

Montelcalvo reported on white subject but one was black but was not in the photo lineup. Also Sgt Cox signed his name on the on the Fairfield photo lineup along with my signature. Misconduct by military working along with local police.

## SECOND CLAIM FOR RELIEF
## VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)
### Fourteenth Amendment (Malicious Prosecution / Substantive Due Process)

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42 U.S.C. § 1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the Fourteenth Amendment to the United State~; Constitution. The Fourteenth Amendment guarantees Plaintiff substantive due process of law. The complained of acts of Defendants were shocking to the conscience, beyond the bounds of acts tolerable in a civilized society, and so egregious and outrageous that they may fairly be said to shock the contemporary conscience. The acts of Defendants were retaliatory, fraudulent, deliberate, and in contemplation of intimidating Mr Hedrington. The defendants each and every one of them acted with malice and oppression. Mr. Hedrington was detained, battered, drugged, rapped and the rapped was covered up by officers who sworn to uphold the law.

## THIRD CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS
### (42 U.S.C. § 1983) Fourth Amendment (Unlawful Seizure / Search / Excessive Force) By Plaintiff Against the defendants

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42 U.S.C. § 1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to him by the Fourth Amendment to the United States Constitution. The Fourth Amendment protects Plaintiff from an unreasonable search and seizure, including the use of excessive force.

### Unlawful Seizure

The unlawful seizure, detention, and prolonged detention, of Mr. Hedrington by the Defendants were without lawful basis, reasonable suspicion, probable cause, or warrant, or any recognized exceptions thereto, or justification or excuse, and were thus unreasonable and in violation of Mr. Hedrington Fourth Amendment rights when they had him concealed in the basement of David Grant Medical Center.

### Unlawful Searches

The unlawful searches of Mr. Hedrington, when he was rapped were without lawful basis, reasonable suspicion, probable cause, or warrant, or any recognized exceptions thereto, or justification or excuse, and were thus unreasonable and in violation of Mr. Hedrington Fourth Amendment rights.

### Excessive Force

The unlawful, unwanted, and harmful touching of Mr. Hedrington by the Defendants, constituting batteries and excessive force, was without lawful basis, reasonable suspicion, probable cause, or

warrant, or any recognized exceptions thereto, or justification or excuse, and was thus unreasonable and in violation of Mr. Hedrington Fourth Amendment rights.

**FOURTH CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS**

**(42 U.S.C. §§ 1983, 1988)**

**Conspiracy to Violate Civil Rights By Plaintiff Against all defendants**

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42 U.S.C. §§ 1983 and 1988, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege or immunity secured to them by the First, Fourth, and Fourteenth Amendments to the United States Constitution. Defendants, and each of them, acted as described herein above, in conspiracy with, and with the agreement, permission, ratification, and approval of, each other to violate Mr. Hedrington civil rights afforded under the United States Constitution. Among other things, the defendants acted in conspiracy and with agreement, permission, ratification, and approval of their joint conduct to (1) unlawfully cover up the rape (2) unlawfully conduct to fraud the photo line up (3) unlawfully search Mr. Hedrington without probable cause or reasonable suspicion; (4) jointly act to use excessive force during the detention of Mr. Hedrington (5) collaborate to fabricate and advance false police reports to cover up the rape of Mr. Hedrington.

**FIFTH CLAIM FOR RELIEF VIOLATION OF CIVIL RIGHTS**

**(42 U.S.C. § 1983) Unconstitutional Policy, Custom, or Procedure**

**(Monell) By Plaintiff Against Defendant County**

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42 U.S.C. § 1983, wherein Plaintiffs seek to redress a deprivation under color of law of a right, privilege, or immunity secured to them by the First, Fourth, and Fourteenth Amendments to the United States Constitution.

//

//

//

**SEVENTH CLAIM FOR RELIEF INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS By Plaintiff Against all defendants**

Plaintiff incorporates all paragraphs, as though fully set forth herein. This claim arises under the general laws of the California, inclusive of Civil Code§ 1714. Plaintiff has complied with the California Tort Claims Act. As a proximate result of Defendants' deliberately indifferent, shocking and oppressive acts and/omissions as alleged throughout this entire complaint, Defendants caused Mr. Hedrington to suffer severe emotional distress, thereby handing Mr. Hedrington. Defendant County is liable to Mr. Gray for the acts of its public employees, the individual Defendants herein, for conduct and/or omissions herein alleged, pursuant to the doctrine of Respondeat Superior, codified at California Government Code § 815.2.

## SEE ATTACHMENT

**PRAYER FOR RELIEF**

WHEREFORE, Mr. Hedrington prays for the following relief from Defendants, and each of them, for each of the above causes of action:

(i) For compensatory damages, including general and special damages, according to proof;

(ii) For punitive damages pursuant to 42 U.S.C. §1983 and California Civil Code §§ 3294 and 52.1 (b), and any other applicable laws or statutes, in an amount sufficient to deter and make an example of each non-governmental entity Defendant;

(iii) For statutory damages, according to proof; (iv) For prejudgment interest according to proof.

**DAMAGES IN THE AMOUNT OF $**

**BLESSINGS...**

Dated: April 15, 2024

ORLONZO HEDRINGTON

## SEE ATTACHMENT OF COMPLAINT

**SIX CLAIMS FOR RELIEF**

**6.   FEDERAL VIOLATIONS OF CIVIL RIGHTS 42   U.S.C. 1983 CIVIL RIGHTS ACT OF 1964**

### *POLICE AND MILITARY RACISM IN PROTECTION OF (BLACKS) OF ALL PEOPLE.*

Plaintiff incorporates all paragraphs, as though fully set forth herein. This action arises under 42   U. S. C. & 1983, wherein plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to me by the Civil Rights Act of 1942 and the Amendments of the United States Constitution.

At the deposition in April 2022 the David Grant Medical Center Worker (DGMC) were deposed admitted that they were interview by County worker Air Force OSI and Fairfield Police (FPD). Between them they "disguised" the perpetrator as BLACK when VT said he was WHITE allowing the subject getaway because he was WHITE and MILITARY. Both FPD / AFOSI interview VT ask about subject description also ask did the black drivers assaulted me. (Blaming the blacks). Failure to provide Equal Rights to All Races while under their color of law but prevent my rights, privilege and immunity secured by the Federal Law.

**BLESSINGS...**

**APRIL 15, 2024**                                                                **ORLONZO HEDRINGTON**

PLEADING TITLE - 1

## *SEE ATTACHMENT OF COMPLAINT*

**SEVEN CLAIM FOR RELIEF**

**7 .   FEDERAL VIOLATIONS OF CIVIL RIGHTS "HATE CRIMES"**

**UNDER   42   U. S. C.   1983**

Plaintiff incorporates all paragraphs, as though fully set forth herein. This cause of action arises under 42   U. S. C. & 1983, wherein Plaintiff seeks to redress a deprivation under color of law of a right, privilege, or immunity secured to me by the Federal Civil Rights Statutes 18. U.S.C. & 249 under Federal Law.

Before Heart surgery at DGMC, PATIENT call Dr. Atkins along with my church and family member to pray for the good of the surgery. Atkins was bothered by this Action of Faith and move to racism and sought opportunity to revenge **Dr. Atkins left TUBES in me more than standard of time and that was the WAY to Assault. Patient's Photo shows tubes remove 1/22/2016 when DGMC Said Tubes were moved 1/21/2016. The same day of Discharge and Assault. Also on April 2022 the Deposition of Dr. Atkins, finally admits he removed the Tubes, fully naked, drug and unconscious then awaken with semen in the butt. Violations of my Rights as Person, People, Patient, Plaintiff, and Citizen of the United States of America under the Federal Law and Constitution**

**BLESSINGS...**

**APRIL 15, 2024**                                                          **ORLONZO HEDRINGTON**

PLEADING TITLE - 2