UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNTIED STATES OF AMERICA,<br>FAIRFIELD POLICE DEPARTMENT,<br>COUNTY OF SOLANO,<br><br>　　　　Defendants. | Case No.  1:24-cv-00496-HBK<br><br>ORDER TRANSFERRING CASE TO SACRAMENTO DIVISION AND CLOSING CASE IN THE FRESNO DIVISION |

　　　　Plaintiff Orlonzo Hedrington initiated this action pro se by filing a civil rights complaint accompanied by the filing fee on April 26, 2024. (*See* Doc. No. 1, Receipt No. 100002657). Because the events giving rise to the cause of action occurred at David Grant Medical Center, which is located in Solano County, Plaintiff should have filed his complaint in the Sacramento Division of this Court. *See* 28 U.S.C. § 1391(b); *see also Ziegler v. Indian River County*, 64 F.3d 470, 474 (9th Cir. 1995) (reviewing federal court jurisdiction and venue in a § 1983 action). Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the correct court. The Court finds it in the interests of justice to transfer this case to the Sacramento Division under 28 U.S.C. § 1406(a) and Local Rule 120(f).

　　　　////

1

Accordingly, it is **ORDERED**:

1. The Clerk of Court is directed to transfer this action to the Sacramento Division of this Court, vacate the initial scheduling conference set for August 1, 2024 before the undersigned, and close the case in this Division after transfer.

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

Dated: April 29, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2